In the Matter of MARY F. DALEY, Appellant, against WILLIAM O'DWYER et al., as Members of the Board of Estimate of. the City of New York, Constituting the Trustees of the New York City Employees' Retirement System, Respondents.

Argued January 13, 1949; decided March 3, 1949.

*John F. X. Browne* and *Cornelius J. Barry, Jr.,* for appellant.

*John P. McGrath, Corporation Counsel (Helen R. Cassidy, Seymour B. Quel* and *Henry J. Shields* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.